


# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

JUN 21 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) ) | Case No. 1:18PO102 SAB |
| Kasey J. Thatcher | ) ) | |

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at: U.S. District Court, 2500 Tulare Street
_Place_
Fresno CA
on July 12, 2018 at 10:00 am Before Judge Boone
_Date and Time_

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 6/21/18

X _[signature]_
_Defendant's signature_

Date: 6/21/2018

_[signature]_
_Judicial Officer's Signature_
**STANLEY A. BOONE, U. S. Magistrate Judge**
_Printed name and title_