| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | MICHAEL G. TIERNEY |
| | Assistant U.S. Attorney |
| 3 | MISDEMEANOR UNIT |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
| | Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00102-SAB |
| Plaintiff, | [Citation #6044524 CA/74] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| KASEY J. THATCHER, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00102-SAB [Citation #6044524 CA/74] against KASEY J. THATCHER without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: July 5, 2018                    Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

                                      By:   /s/ Michael G. Tierney
                                                MICHAEL G. TIERNEY
                                                Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00102-SAB [Citation #6044524 CA/74] against KASEY J. THATCHER be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**July 5, 2018**__

UNITED STATES MAGISTRATE JUDGE

2